IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SemiLED Innovations LLC,<br>    Plaintiff,<br><br>v.<br><br>Lowe's Companies, Inc. and Lowe's Home Centers LLC,<br>    Defendants. | §<br>§<br>§  CIVIL ACTION NO. 4:25-CV-00177-ALM<br>§<br>§<br>§<br>§<br>§ |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO PLAINTIFF'S COMPLAINT

1. Defendants file this Unopposed Motion for Extension to Respond to Plaintiff's Complaint, and would show the Court as follows:

2. Plaintiff filed its original Complaint on February 21, 2025. Dkt. 1. On March 24, 2025, Defendants filed an Unopposed Application for Extension of Time to Answer Complaint. Dkt. 6. Defendants answer date was set to be due on May 8, 2025. *Id.*

3. Defendants are continuing to investigate the allegations in the Complaint. Defendants requested a thirty-day extension to answer or otherwise respond. Plaintiff indicated that it was unopposed to the requested relief.

4. Defendants request that this Court grant and enter their proposed order extending Defendants' answer deadline to June 9, 2025.

5. This motion is not sought merely for delay, but so that justice may be done.

6. WHEREFORE, PREMISES CONSIDERED, Defendants request that the Court grant and enter their proposed agreed order setting forth the foregoing agreements.

-2-

Respectfully submitted,

By:     */s/ Rex A. Mann*
Rex A. Mann
State Bar No. 24075509
rmann@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street
Suite 900
Dallas, Texas 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Rex A. Mann
REX A. MANN

## CERTIFICATE OF CONFERENCE

The undersigned, counsel for Defendants in this matter, hereby certifies that he conferred with counsel for Plaintiff in this matter, and they confirmed that the relief requested in the foregoing motion is unopposed.

/s/ Rex A. Mann
REX A. MANN